**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-52216-CAG |
| HOPSCOTCH HEALTH CHILDREN'S | § | |
| URGENT CARE, LLC, | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V Trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. § 101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for (1) my service in this case at an hourly rate of $400, (2) support staff working under my direct supervision at an hourly rate of $150, and (3) any actual and necessary expenses I incur.

I hereby accept my appointment as Subchapter V Trustee in this case pursuant to FRBP 2008.

Dated: September 25, 2025

By: _____
Michael Colvard
Texas Bar No. 04629200
Weston Centre
112 East Pecan St., Ste. 1616
San Antonio, TX 78205
E-mail: mcolvard@mdtlaw.com
Telephone: (210) 220-1334

1